**[6nhrga]** [NOTICE OF HEARING ON REAFFIRMATION AGREEMENT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                         Case No. 6:17−bk−05809−CCJ
                                                                                               Chapter 7

Cyndia Romero
3216 Olivia Breeze Dr.
Kissimmee, FL 34746

Rafael Gerardo Rivera
3216 Olivia Breeze Dr.
Kissimmee, FL 34746

_____Debtor(s)_____/

### NOTICE OF NONEVIDENTIARY HEARING ON REAFFIRMATION AGREEMENT

NOTICE IS HEREBY GIVEN that a hearing in this case will be held on February 13, 2018 at 11:00 AM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following and transact such other business that may come before the court:

Reaffirmation Agreement Between Debtor and Nissan−Infiniti LT along with the related Reaffirmation Agreement Explanation (if filed). The debtor is directed to attend the reaffirmation hearing.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on January 5, 2018 .

                        FOR THE COURT
                        Sheryl L. Loesch, Clerk of Court
                        George C. Young Federal Courthouse
                        400 West Washington Street
                        Suite 5100
                        Orlando, FL 32801